```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE P. HAN
    Assistant United States Attorney
 3  California State Bar No. 250301
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-5220
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

FILED
MAR 6
CLE[RK]
SOUTH[ERN]
BY

08CR622-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ0555 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| MARIO RODRIGUEZ, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | (Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P. Han, Assistant United States Attorney, and defendant MARIO RODRIGUEZ, by and through and with the advice and consent of Gerard J. Wasson, counsel for defendant, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//

CPH:es:2/26/08

1  2. Defendant acknowledges receipt of a plea agreement in this case and agrees to
2  provide the signed, original plea agreement to the Government not later than five business days
3  before the disposition date set by the Court.

4  3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or
5  before **March 26, 2008**.

6  4. The material witnesses, Gonzalo Gonzalez-Palacio, Jose Felix Flores-Gonzalez and
7  Miguel Flores-Gonzalez, in this case:

8  a. Are aliens with no lawful right to enter or remain in the United States;

9  b. Entered or attempted to enter the United States illegally on or about
10 February 22, 2008;

11  c. Were found in a vehicle driven by defendant in or near Boulevard, California
12 and that defendant knew or acted in reckless disregard of the fact that they were aliens with no
13 lawful right to enter or remain in the United States;

14  d. Were paying $1,500 - $2,000 to others to be brought into the United States
15 illegally and/or transported illegally to their destination therein; and,

16  e. May be released and remanded immediately to the Department of Homeland
17 Security for return to their country of origin.

18  5. After the material witnesses are ordered released by the Court pursuant to this
19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any
20 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any
21 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral
22 attack, that:

23  a. The stipulated facts set forth in paragraph 4 above shall be admitted as
24 substantive evidence;

25  b. The United States may elicit hearsay testimony from arresting agents
26 regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Mario Rodriguez         2                          08MJ0555

1 testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements
2 against interest of (an) unavailable witness(es); and,
3     c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
4 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
5 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
6 waives the right to confront and cross-examine the material witness(es) in this case.
7     6. By signing this stipulation and joint motion, defendant certifies that defendant has
8 read it (or that it has been read to defendant in defendant's native language). Defendant certifies
9 further that defendant has discussed the terms of this stipulation and joint motion with defense
10 counsel and fully understands its meaning and effect.
11     Based on the foregoing, the parties jointly move the stipulation into evidence and for the
12 immediate release and remand of the above-named material witness(es) to the Department of
13 Homeland Security for return to their country of origin.
14     It is STIPULATED AND AGREED this date.
15     Respectfully submitted,
16     KAREN P. HEWITT
    United States Attorney
17
18 Dated: 3-6-08
19     CAROLINE P. HAN
    Assistant United States Attorney
20
21 Dated: 3·5·08
22     GERARD J. WASSON
    Defense Counsel for Rodriguez
23
24 Dated: 3·5·08
25     MARIO RODRIGUEZ
    Defendant
26
27
28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Mario Rodriguez     3     08MJ0555

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 3-6-08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Mario Rodriguez        4        08MJ0555