UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Mario Rodriguez<br><br>Defendant(s) | CRIMINAL NO. 08CR622-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07312298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Jose Felix Flores-Gonzalez

DATED: 3-6-08

RECEIVED _____
                   DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   **Deputy Clerk**